Reginald L. SYDNOR, Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent.

No. 04-3390.

United States Court of Appeals, Federal Circuit.

March 8, 2005.

Before MICHEL, Chief Judge, NEWMAN and GAJARSA, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.